# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

WILLIAM DICKENS and
KARLA DICKENS                                                                                    PLAINTIFFS

VS.                                                     CIVIL ACTION NO.: 1:18-CV-00162-LG-RHW

A-1 AUTO PARTS & REPAIR, INC., ET AL.                                              DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO GARDNER DENVER INC.

This cause this day came on for hearing on motion *ore tenus* of Plaintiffs, William Dickens and Karla Dickens, to dismiss without prejudice Gardner Denver Inc., one of the Defendants therein, and the Court, being fully advised of the facts and circumstances of this matter, is of the opinion that such motion should be granted and dismiss Gardner Denver Inc. without prejudice from the claims of the Plaintiffs, William Dickens and Karla Dickens.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant, Gardner Denver Inc., be and is hereby dismissed without prejudice from the claims of the Plaintiffs, William Dickens and Karla Dickens, with each party to bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with regard to the claims of Plaintiffs, William Dickens and Karla Dickens, against Gardner Denver Inc. and does not affect the rights of any other parties to this action.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

1

APPROVED:

| | |
|---|---|
| //s// Eric Przybysz_____ | //s// Mary Margaret Gay_____ |

Eric Przybysz, Esq. - PHV  
Attorney for Plaintiffs  
Simon Greenstone Panatier, PC  
3232 McKinney Avenue, Suite 610  
Dallas, TX 75204  
(214) 276-7680  
Email: eprzybysz@sgpblaw.com  

Cameron M. McCormick Esq.  
Attorney for Plaintiffs  
Wiggins Law, PLLC  
P. O. Box 922  
645 Delmas Avenue (39567)  
Pascagoula, MS 39568  
(228) 990-7359  
Email: cameron@wigginslawpllc.com  

Mary Margaret Gay (MSB# 100672)  
Attorney for Gardner Denver Inc.  
Maron Marvel Bradley Anderson & Tardy LLC  
PO BOX 22803  
Jackson, MS 39225  
Phone: (601) 812-6630  
Fax: (601) 206-0119  
Email: MMGay@maronmarvel.com