# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**WILLIAM DICKENS and**
**KARLA DICKENS**                                                 **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO.: 1:18-CV-00162-LG-RHW**

**A-1 AUTO PARTS & REPAIR, INC., ET AL.**                             **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
## BALDOR ELECTRIC COMPANY

This cause this day came on for hearing on motion *ore tenus* of Plaintiffs, William Dickens and Karla Dickens, to dismiss without prejudice Baldor Electric Company improperly named in this matter as "Baldor Electric Company, for its RELIANCE brand of products" [hereinafter "Baldor"], one of the Defendants therein, and the Court, being fully advised of the facts and circumstances of this matter, is of the opinion that such motion should be granted and dismiss Baldor without prejudice from the claims of the Plaintiffs, William Dickens and Karla Dickens.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant, Baldor, be and is hereby dismissed without prejudice from the claims of the Plaintiffs, William Dickens and Karla Dickens, with each party to bear its own costs.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with regard to the claims of Plaintiffs, William Dickens and Karla Dickens, against Baldor and does not affect the rights of any other parties to this action.

**SO ORDERED AND ADJUDGED** this the 12th day of July, 2018.

                                                          s/ *Louis Guirola, Jr.*
                                                          Louis Guirola, Jr.
                                                          United States District Judge

APPROVED:

| | |
|---|---|
| //s// Eric Przybysz | //s// Mary Margaret Gay |
| Eric Przybysz, Esq. - PHV | Mary Margaret Gay (MSB# 100672) |
| Attorney for Plaintiffs | Attorney for Baldor Electric Company improperly |
| Simon Greenstone Panatier, PC | named in this matter as "Baldor Electric |
| 3232 McKinney Avenue, Suite 610 | Company, for its RELIANCE brand of products" |
| Dallas, TX 75204 | Maron Marvel Bradley Anderson & Tardy LLC |
| (214) 276-7680 | PO BOX 22803 |
| Email: eprzybysz@sgpblaw.com | Jackson, MS 39225 |
| | Phone: (601) 812-6630 |
| Cameron M. McCormick Esq. | Fax: (601) 206-0119 |
| Attorney for Plaintiffs | Email: MMGay@maronmarvel.com |
| Wiggins Law, PLLC | |
| P. O. Box 922 | |
| 645 Delmas Avenue (39567) | |
| Pascagoula, MS 39568 | |
| (228) 990-7359 | |
| Email: cameron@wigginslawpllc.com | |